UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **JAMES WIGFALL,** | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Case No. 4:20-cv-00933 |
| **BECKMAN COULTER, INC.** | ) ) ) |
| *Defendant*. | ) ) |

**JOINT NOTICE OF SETTLEMENT**

Pursuant to the Court's Order dated May 28, 2021 (Doc. 10), Plaintiff James Wigfall ("Wigfall") and Defendant Beckman Coulter, Inc. ("Beckman") (collectively the "Parties") hereby notify the Court that the Parties have settled the above-captioned matter. The Parties anticipate filing dismissal papers within thirty (30) days.

DATED:  March 1, 2022

Respectfully submitted,

By: */s/ Vanessa N. Rogers*
  Linda C. Schoonmaker
  Texas Bar No. 17806300
  Federal ID No. 10662
  lschoonmaker@seyfarth.com
  Vanessa N. Rogers
  Texas Bar No. 24118177
  Federal ID No. 3479821
  vrogers@seyfarth.com
  SEYFARTH SHAW LLP
  700 Milam, Suite 1400
  Houston, Texas  77002
  Telephone:  (713) 225-2300
  Facsimile:  (713) 225-2340

  **ATTORNEY FOR DEFENDANT**
  **BECKMAN COULTER, INC.**

2

/s/ *Gabrielle Klepper w/permission*
Gabrielle Elizabeth Klepper
Texas Bar No. 24090213
SPIELBERGER LAW GROUP
4890 W. Kennedy Blvd., Suite 950
Tampa, Florida 33609
gabrielle.klepper@spielbergerlawgroup.com
Telephone:  (800) 965-1570
Facsimile:   (866) 580-7499

**ATTORNEY FOR PLAINTIFF**
**JAMES WIGFALL**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.

/s/*Vanessa Rogers*
Vanessa Rogers