# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |  |
|---|---|---|
| **JAMES WIGFALL,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:20-cv-00933** |
| | ) | |
| **BECKMAN COULTER, INC.** | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1) the parties, by and through the undersigned counsel, stipulate that all claims are dismissed with prejudice, and that each party will bear its/his own attorneys' fees, costs, and expenses.


Respectfully submitted,


/s/ *Gabrielle Elizabeth Klepper*
Gabrielle Elizabeth Klepper
Texas Bar No. 24090213
gabrielle.klepper@spielberglawgroup.com
Spielberger Law Group
4890 W. Kennedy Blvd., Suite 950
Tampa, Florida 33609
Telephone:  (800) 965-1570
Facsimile:  (866) 580-7499



**ATTORNEY FOR PLAINTIFF**
**JAMES WIGFALL**

/s/ *Vanessa Rogers*
Linda C. Schoonmaker
Texas Bar No. 17806300
Federal ID No. 106622
lschoonmaker@seyfarth.com
Vanessa Rogers
Texas Bar No. 24118177
Federal ID No. 3479821
 vrogers@seyfarth.com
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone:  (713) 225-2300
Facsimile:  (713) 225-2340


**ATTORNEYS FOR DEFENDANT**
**BECKMAN COULTER, INC.**

80284206v.1

## <u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that on March 7, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all counsel of record.


/s/*Vanessa Rogers*_____
Vanessa Rogers